

**SO ORDERED.**

**SIGNED this 05 day of July, 2005.**

_____
**LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 03-54498 |
| | § | |
| CHARLIE V. LANDY, and | § | CHAPTER 13 |
| PATRICIA A. LANDY, | § | |
| | § | |
| DEBTORS. | § | |
| _____ | § | |
| CHARLIE V. LANDY, and | § | ADV. NO. 05-5105 |
| PATRICIA A. LANDY, | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| v. | § | |
| | § | |
| COUNTRYWIDE HOME LOANS, | § | |
| | § | |
| DEFENDANT. | § | |
| _____ | § | |

## **FINAL AGREED JUDGMENT**

Based upon the agreement of the parties that neither party is making any admission of liability, or the extent of damages and that based upon the agreement, and that this *Final Agreed Judgment* be entered by the Court, it is hereby

**ORDERED** that Defendant shall cancel the foreclosure sale set for July 5, 2005 with respect to the real property that is the subject of this litigation;

**ORDERED** that Plaintiffs shall withdraw the Motion to Reconsider Default they filed on June 17, 2005 in the bankruptcy case;

**ORDERED** that within ten (10) days following the entry of this Judgment, Plaintiffs shall deliver to Defendant the sum of $2,090.00 in certified or otherwise "good funds," to be applied against the amount of the post-petition arrears to be added to the Proof of Claim pursuant to this Judgment;

**ORDERED** that within thirty (30) days following the entry of this Judgment, Defendant shall amend its Proof of Claim (and Plaintiffs shall thereafter provide payment under an amendment to the Chapter 13 Plan) to include the post-petition arrears through July 31, 2005, including any foreclosure sale costs incurred and the attorneys' fees incurred in the defense of this litigation, less the amount of $2,090.00 paid by Plaintiffs hereinabove;

**ORDERED** that upon the receiving $2,090.00 from the Plaintiffs, Defendant shall withdraw each Notice of Termination and Notice of Default relating to default under the Agreed Order entered June 1, 2004; the Automatic Stay shall remain in full force and effect, with the regular payments thereunder to resume August 1, 2005; and the parties hereto shall abide by the terms and conditions of the said Agreed Order, for which time shall be of the essence;

**ORDERED** that, except as provided hereinabove, each and every cause and claim held by Plaintiff against Defendant and its predecessors, successors, and their agents, arising out of or related to the acts and occurrences set forth in the Adversary Complaint filed herein shall be, and hereby is, waived and released.

**ORDERED** that, except as provided hereinabove, each party is to bear its own attorneys' fees and costs of suit herein.

**This is a final judgment, and this terminates and closes the adversary proceeding.**

###

APPROVED AS TO FORM AND SUBSTANCE:

*/s/ Charles Bondurant   7/1/2005*
CHARLES BONDURANT
11825 IH 10 West, Ste. 202
San Antonio, TX 78230
(210) 690-2700 Telephone
(210) 691-2862 Facsimile
Email: cjbcakes1@sbcglobal.net
ATTORNEY FOR PLAINTIFF

BARRETT BURKE WILSON
CASTLE DAFFIN & FRAPPIER, L.L.P.

By:   */s/ Richard D. Brady*            7/1/2005
         RICHARD D. BRADY, TBA# 24035177
1900 St. James Place, Suite 500
Houston, Texas 77056
(713) 621-8673 Telephone
(713) 621-8583 Facsimile
Email:  WDECF@BBWCDF.COM
ATTORNEYS FOR DEFENDANT